## CROTENKEMPER & Co. *v.* HILL & SMITH.

**Equity—Order of Submission—Failure to Except.**

Appellants did not except to the order of submission and in the absence of such fact it cannot be assumed that they were thereby prejudiced.

APPEAL FROM KENTON CIRCUIT COURT.

September 23, 1871.

OPINION BY JUDGE LINDSAY:

Appellants did not except to the order of submission in this case. They did not ask a continuance, nor suggest to the court that they desired further time for preparation. In the absence of any such facts we cannot assume that they were prejudiced by the action of the court below.

The mandate of this court directed an adjustment of the accounts between the parties upon substantially the theory insisted upon by the appellants in their pleadings, and with a view to which they had prepared the case.

The evidence fully sustains the action of the court in rendering the judgment complained of.

We perceive no available ground for a reversal.

Wherefore the judgment is affirmed.

*Fisk, for appellant.*

*Stevenson & Myers, for appellee.*